# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOMINGO GONZALES AND MARTA
L. HERRERA

VERSUS

NEW MYRTLE PLACE APARTMENTS,
L.L.C.; HUI LI, AND ABC
INSURANCE COMPANY

NO.  2021 CW 0444

**JUNE 21, 2021**

---

In Re:  New Myrtle Place Apartments, LLC and Hui Li, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 664254.

---

**BEFORE:  GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

**JMG**
**JMM**

**McClendon, J.,** concurs and would not consider the writ
application. The writ application does not include a copy of the
court minutes or a transcript from the contradictory hearing on
relators' motion for summary judgment, and the district court's
reasons for denying the motion are not otherwise evident from
the writ application. See Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5(C)(10); La. Code Civ. P. art. 966(C)(4).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT